## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

ANGELINO HERNANDEZ,           )
                                   )
          **PLAINTIFF**,            )
                                   )
v.                                 )      CIVIL ACTION NO. 1:13-cv-01101-AJT-JFA
                                   )
BANH MI BAR, LLC,            )
    T/A CAPHE BANH MI, et al.     )
                                   )
          **DEFENDANTS**.          )
                                   )

## STIPULATION OF DISMISSAL

Plaintiff Angelino Hernandez and Defendants Banh Mi Bar LLC, Mimi Huynh, and Skye Bui, stipulate to dismiss Plaintiff's Complaint in the above-captioned action, on the merits and with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This dismissal is in accordance with a Settlement Agreement negotiated in conference with the Honorable John F. Anderson on March 24, 2014.

Dated: April 10, 2014

ANGELINO HERNANDEZ

By /s/ Katherine Martell
Katherine Martell (VSB 77027)
Meredith Ralls (VSB 82548)
First Point Law Group, P.C.
10615 Judicial Drive, Suite 101
Fairfax, VA 22030
(703) 385-6868
(703) 385-7009 (facsimile)
kmartell@firstpointlaw.com
mralls@firstpointlaw.com
*Counsel for Plaintiff*

BANH MI BAR LLC
MIMI HUYNH
SKYE BUI

By /s/ Andrew Cabana
Andrew Cabana (VSB 48151)
Law Office of Andrew Cabana, PC
2121 Eisenhower Avenue, Suite 200
Alexandria, VA 22314
(703) 518-7930
(703) 684-3620 (facsimile)
Andrew@acabanalaw.com
*Counsel for Defendants*

So ordered
4/17/14

_____
Anthony J. Trenga
United States District Judge